1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  JAMES MATHISON, State Bar No. 149387
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6274
6    Fax: (916) 324-5205
     E-mail: James.Mathison@doj.ca.gov
7  *Attorneys for Defendants J. Sullivan, E. Weiss,
   California Department of Corrections and
8  Rehabilitation, K. Mumby and C. Pfeiffer*

9  Brian D. McMahon, State Bar No. 147662
   Law Offices of Brian D. McMahon
10   1575 Westwood Boulevard, Suite 200
     Los Angeles, CA 90024
11   Telephone: (310) 350-3955
     Fax: (310) 201-8472
12   Email: rkane1089@aol.com
   *Attorneys for Plaintiff James Andrew Melton*
13

14                IN THE UNITED STATES DISTRICT COURT

15              FOR THE EASTERN DISTRICT OF CALIFORNIA

16                        SACRAMENTO DIVISION

17

| | |
|---|---|
| 18  **IVAN SAMANIEGO,** | 1:21-cv-00839-NONE-JLT |
| 19                    Plaintiff, | **JOINT STIPULATION AND ORDER FOR DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING** |
| 20  v. | |
| 21 | |
| 22  **CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, ET AL.,** | |
| 23                    Defendants. | |

1

Defendants J. Sullivan, E. Weiss, California Department of Corrections and Rehabilitation, K. Mumby and C. Pfeiffer were served with the summons and complaint in this action on August 24, 2021. Plaintiff Ivan Samaniego, and Defendants, by and through their counsel, do hereby agree and stipulate that Defendants have until October 29, 2021 to file their responsive pleading.

**IT IS SO STIPULATED.**

Dated: September 9, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*James D. Mathison*

JAMES MATHISON
Deputy Attorney General
*Attorneys for Defendants J. Sullivan, E. Weiss, California Department of Corrections and Rehabilitation, K. Mumby and C. Pfeiffer*

Brian D. McMahon, State Bar No. 147662
Law Offices of Brian D. McMahon
*Attorneys for Plaintiff Ivan Samaniego*

**ORDER**

**IT IS SO ORDERED.**

Dated: October 13, 2021

UNITED STATES MAGISTRATE JUDGE

SA2021304234
35454035.docx