UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:21-cv-00839-JLT-BAK (EPG)<br><br>ORDER GRANTING REQUEST FOR ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 24) |

　　　The Court has reviewed the parties' joint stipulation and request for an order extending Defendants' time to file their responsive pleading (ECF No. 24), and will grant the request.

Defendants' responsive pleading shall be filed no later than March 21, 2022.
IT IS SO ORDERED.

　　Dated:　**February 25, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE