# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>                    Plaintiff,<br><br>        v.<br><br>W.J. SULLIVAN, ET AL.,<br><br>                    Defendants. | Case No. 1:21-cv-00839-JLT-CDB<br><br>**ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 43) |

Pending before the Court is the parties' stipulation, filed January 24, 2023, in which the parties request a 90-day continuance of the scheduling conference. (ECF No. 43.) Based on the parties' representations in the stipulation, the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for February 17, 2023, be continued to May 18, 2023, at 9:30 a.m. The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference. (*See* ECF No. 3).

IT IS SO ORDERED.

Dated: **January 25, 2023**

UNITED STATES MAGISTRATE JUDGE