UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>    Plaintiff,<br><br>    v.<br><br>K. MUMBY, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00839-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SETTLEMENT CONFERENCE<br><br>(Doc. 52) |

Based on the parties' representations in the pending stipulation to continue the settlement conference (Doc. 52), the availability of the Court, and for good cause appearing, the Court ORDERS that the settlement conference set for October 18, 2023, be continued to December 11, 2023, at 9:00 a.m. The parties are reminded to comply with the procedures set forth in the scheduling order (Doc. 51) in advance of the settlement conference.

IT IS SO ORDERED.

Dated:   **September 26, 2023**                                 _____
UNITED STATES MAGISTRATE JUDGE