UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. MUMBY, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00839-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SETTLEMENT CONFERENCE<br><br>(Doc. 57) |

　　　　Pending before the Court is the parties' second stipulated request to continue the settlement conference. (Doc. 57). The stipulation is accompanied by a declaration from Plaintiff's counsel, who represents that the parties are unable to meaningfully prepare for the conference. Plaintiff's counsel attests he only recently received the transcripts for Plaintiff's deposition and avers that he will be unable to take the deposition of several correctional officers before the settlement conference. *Id*. at 3.

　　　　Based on the parties' representations in the pending stipulation to continue the settlement conference (Doc. 57), the availability of the Court, and for good cause appearing, the Court ORDERS that the settlement conference set for December 11, 2023, be continued to March 5, 2024, at 9:00 a.m.

　　　　The parties are reminded to comply with the procedures set forth in the scheduling

1  order (Doc. 51) in advance of the settlement conference.

2  IT IS SO ORDERED.

3     Dated:   **December 1, 2023**

4                                                                    UNITED STATES MAGISTRATE JUDGE