UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>         Plaintiffs,<br><br>    v.<br><br>K. MUMBY, *et al.*,<br><br>         Defendants. | Case No. 1:21-cv-00839-JLT-CDB (PC)<br><br>**ORDER DISCHARGING AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE IVAN SAMANIEGO, CDCR No. G-07480** |

The settlement conference previously set for December 11, 2023, in this matter has been vacated. Inmate Ivan Samaniego, CDCR No. G-07480, is no longer needed by the Court as a participant in proceedings on that date, and the amended writ of habeas corpus ad testificandum issued November 27, 2023, as to this inmate, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 4, 2023**                    _____
                                                                            UNITED STATES MAGISTRATE JUDGE