|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IVAN SAMANIEGO, | Case No. 1:21-cv-00839-JLT-CDB |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY CASE MANAGEMENT DATES** |
| v. |   |
| K. MUMBY, et al., | (Doc. 65) |
| Defendants. |   |

Pending before the Court is the parties' stipulation to amend the scheduling order. (Doc. 65). The parties represent that since they will be participating in a settlement conference (set for March 19, 2024), there is good cause to extend the deadlines in the Scheduling Order as the parties seek to avoid expert witness related expenditures.

The Scheduling Order sets out that "[s]tipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested." (Doc. 51 p. 7). Although the Court finds good cause to grant the stipulated request, the parties are directed to support any future requests to extend case management dates with an appropriate affidavit or declaration setting forth good cause.

///

In light of the foregoing, the deadlines in the Scheduling Order are amended as follows:

1. The expert disclosure deadline is extended from March 22, 2024, to **April 22, 2024**.
2. The rebuttal disclosure deadline is extended from April 26, 2024, to **May 24, 2024**.
3. The period within which to complete expert discovery is extended from May 31, 2024, to **June 30, 2024**.

IT IS SO ORDERED.

Dated:   **March 1, 2024**

UNITED STATES MAGISTRATE JUDGE