UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>K. MUMBY, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00839-JLT-CDB<br><br>**ORDER ON STIPULATION EXTENDING DISPOSITIVE MOTION BRIEFING AND HEARING DATES**<br><br>(Doc. 69)<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

　　　　Pending before the Court is the parties' stipulated request for order extending dates associated with the briefing and hearing of anticipated dispositive motions. (Doc. 69). Relevant here, the parties represent that good cause exists to grant the requested 10-day extension of briefing and hearing dates given counsel for Defendants' attestation that, due to a recent change in counsel, current counsel requires additional time to familiarize himself with the matter and the case file and to review, finalize, and file the Defendants' anticipated motion for summary judgment. *See* (Doc 69-1).

　　　　In light of the foregoing, and good cause appearing, the Court will grant the parties' request for a briefing and hearing extension.

　　　　Further, because the anticipated motion is referred to the undersigned for preparation of findings and recommendations (*see* Local Rule 302(c)(17)), it is apparent that the parties'

requested extension will necessitate resetting of the pretrial conference and trial dates to permit sufficient time for the issuance of the findings and recommendations, the period for objections (if any), and the assigned district judge's subsequent order on the findings and recommendations.

Accordingly, it is HEREBY ORDERED:

1. The dispositive motion filing deadline is CONTINUED from August 12, 2024, to August 22, 2024.
2. The dispositive motion hearing is CONTINUED from September 24, 2024, to October 4, 2024, subject to vacatur following the Court's review of the parties' motion papers (*see* Local Rule 230(g)).
3. The pretrial conference set for November 18, 2024, and trial set for January 14, 2025 (Doc. 51) are VACATED to be reset as necessary following resolution of the anticipated dispositive motion(s).

IT IS SO ORDERED.

Dated:  **August 13, 2024**

UNITED STATES MAGISTRATE JUDGE

2