UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SAMANIEGO,<br><br>                    Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEPT. OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>                    Defendants. | Case No.: 1:21-cv-00839-JLT-CDB  (PC)<br><br>**ORDER SETTING SETTLEMENT<br>CONFERENCE AND PROCEDURES**<br><br>**<u>Settlement Conference: 8/13/2026 10:00 a.m.<br>via Zoom Videoconferencing</u>**<br><br>Informal Settlement Consultations<br>Deadline:  7/20/2026 & 7/27/2026<br><br>Confidential Settlement Conference Statements<br>Deadline: 8/6/2026<br><br>(Doc. 86.) |

The parties to the action have indicated they wish to participate in a settlement conference before the undersigned. (Doc. 86.)

Accordingly, it is hereby **ORDERED** that:

1. A settlement conference is scheduled to occur on **August 13, 2026, at 10:00 a.m.,** before Magistrate Judge Christopher D. Baker. The conference shall be conducted via Zoom videoconference. Plaintiff's counsel shall arrange for Plaintiff's participation. The Zoom settlement conference invitation will be distributed the week prior, or counsel may contact Cori Boren, Courtroom Deputy for Magistrate Baker, at cboren@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or

connecting to the Zoom video conference, shall immediately be reported to Cori Boren. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

4. **No later than July 20, 2026,** Plaintiff shall submit to Defendants, by email, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed five pages.

5. **No later than July 27, 2026**, Defendants shall respond, by email, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160

6. If the matter is not settled through the parties' informal discussions as directed above, the parties shall submit confidential settlement conference statements **no later than August 6, 2026**. The parties shall email their statements to CDBorders@caed.uscourts.gov. Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a.   A brief summary of the facts of the case;

2

b.  A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

c.  A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

d.  An estimate of the party's expected costs and time to be expended for trial preparation and trial set for September 1, 2026, before District Judge Jennifer L. Thurston;

e.  A summary of past settlement discussions; a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

f.  An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions; and

g.  A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles.

IT IS SO ORDERED.

Dated:    **July 9, 2026**

UNITED STATES MAGISTRATE JUDGE

3