ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7368
Fax: (916) 324-5205
E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendants Mumby, Perez, Castillo, Luque, Gray, Zavaleta, Weiss, Harris, Cervantes, and Davis*

Brian D. McMahon, State Bar No. 147662
McMahon Law, A.P.C.
475 Washington Boulevard
Marina del Rey, CA 90292-5287
Telephone: (310) 439-3719
Fax: (310) 439-3701
Email: bdmaclaw@gmail.com
*Attorneys for Plaintiff Ivan Samaniego*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IVAN SAMANIEGO,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, ET AL.,**<br><br>Defendants. | 1:21-cv-00839-JLT-CDB (PC)<br><br>**STIPULATION AND ~~[PROPOSED~~] ORDER TO PERMIT USE OF RECENTLY DISCOVERED MEDICAL RECORDS**<br><br>Trial Date: September 1, 2026<br>Time: 8:30 a.m.<br>Courtroom: 4, 7th Floor<br>Judge: The Honorable Jennifer L. Thurston<br>Action Filed: May 24, 2021 |

In its June 29, 2026 Pretrial Order (ECF No. 85), the Court instructed that no exhibit other than the ones listed in the Order may be admitted "unless the parties stipulate or upon a showing that this order should be modified to prevent 'manifest injustice.'" (ECF No. 85 at 11-12.) The

Court further instructed that "[f]or a party to use an undisclosed exhibit for any purpose," the party proffering the exhibit must demonstrate (a) "that the exhibit is for the purpose of rebutting evidence that could not have been reasonably anticipated," or (b) "[t]he exhibit was discovered after the issuance of this order and the proffering party makes the showing required in paragraph 2, below." (*Id.* at 12.) Paragraph 2 directs that upon the discovery of exhibits after the discovery cutoff, the proffering party "shall promptly inform the Court and opposing parties of the existence of such exhibits," and the proffering party must demonstrate that (a) "the exhibits could not reasonably have been discovered earlier;" (b) "[t]he Court and opposing parties were promptly informed of their existence;" and (c) "The proffering party forwarded a copy of the exhibits (if physically possible) to the opposing party."

On August 13, 2026, Defendants became aware that Plaintiff Ivan Samaniego now claims the left eye injury he sustained during the events at issue is currently affecting his ability to see out of his left eye. Prior to August 13, Defendants were not aware that Plaintiff would assert his left eye injury was severe or that he suffered permanent vision damage.

On August 13, 2026, Defendants contacted Kern Valley State Prison to obtain a copy of Plaintiff's most recent ophthalmology notes to verify Plaintiff's allegations and for potential rebuttal evidence. Later that same day, Kern Valley State Prison provided Defendants with the documents that are attached to this stipulation as Defendants' Proposed Exhibit DX551.

/ / /

/ / /

/ / /

On August 17, 2026, Defendants forwarded a copy of Plaintiff's ophthalmology notes (DX551) to Plaintiff and advised that Defendants intend to ask the Court for permission to use these records at trial as potential rebuttal evidence. The Parties met and conferred by email regarding this issue, and Plaintiff indicated he would not object to Defendants using these recently-discovered records at trial. Therefore, the Parties stipulate to Defendants' request that they be allowed to use their Proposed Exhibit DX551 at trial, subject to the Federal Rules of Evidence regarding their admissibility.

**IT IS SO STIPULATED**

Dated: August 25, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

***/s/ Brian S. Chan***
BRIAN S. CHAN
Deputy Attorney General
*Attorneys for Defendants Mumby, Perez, Castillo, Luque, Gray, Zavaleta, Weiss, Harris, Cervantes, and Davis*

***/s/ Brian D. McMahon***
***(As authorized on 8/25/2026)***

Brian D. McMahon, State Bar No. 147662
*Law Offices of Brian D. McMahon*
*Attorneys for Plaintiff Ivan Samaniego*

SA2021304234
45232784

**[PRO~~POSED] ORD~~ER**

Good cause appearing, the stipulation (Doc. 108) is GRANTED.

**IT IS SO ORDERED**.

Dated: Aug. 26, 2026

JENNIFER THURSTON
UNITED STATES DISTRICT JUDGE