**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IVAN SAMANIEGO,

Plaintiff,

v.

CDCR, et al.,

Defendants

Case No.: 1:21-cv-00839-JLT-CDB

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE IVAN SAMANIEGO CDCR # G-07480

**Ivan Samaniego,** CDCR # G-07480, a necessary and material party in a jury trial in this case beginning September 1, 2026, is confined at Kern Valley State Prison in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Jennifer L. Thurston, on September 4, 2026, at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, to participate in a jury trial, at the time and place above, and continuing from day to day until completion of the jury trial or as ordered by the Court.

2. The custodian **SHALL** notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at KVSP at (661) 720-4949 or via email

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, KVSP, P. O. Box 6000, Delano, California 93216-6000:**

**WE COMMAND** you to produce the inmate named above for trial before Judge Thurston at the time and place above until completion of the trial or as ordered by the court.

**FURTHERMORE**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: September 3, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

