**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN SAMANIEGO,<br>Plaintiff,<br>v.<br>CDCR, et al.,<br>Defendants. | Case No.: 1:21-cv-00839-JLT-CDB<br><br>NOTICE THAT INMATE IVAN SAMANIEGO, CDCR INMATE # G-07480, IS NO LONGER NEEDED AS A PARTY IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

A jury trial in this matter commenced on September 1, 2026. Inmate Ivan Samaniego, CDCR Inmate # G-07480, has participated and is no longer needed by the Court as a party in these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated: September 14, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE